FEBRUARY 12, 1964.

No. 794. CURTIS PUBLISHING Co. *v.* GROOMS, U. S. DISTRICT JUDGE, ET AL. On petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit. Dismissed pursuant to Rule 60 of the Rules of this Court. *Jesse Climenko, Philip H. Strubing* and *T. Eric Embry* for petitioner. *Winston B. McCall, William S. Pritchard* and *Francis H. Hare* for respondents.

FEBRUARY 17, 1964.

No. 463, October Term, 1962. FITZGERALD, PUBLIC ADMINISTRATOR, *v.* UNITED STATES LINES Co., 374 U. S. 16, rehearing denied, 375 U. S. 870. The motion of petitioner to clarify opinion and to amend or modify the judgment is denied. MR. JUSTICE BLACK is of the opinion that the motion should be granted. *Theodore H. Friedman* on the motion.

No. ——. IN RE HARDIE. The motion to amend the attorneys' roll to show the change of name of Jessie Hendrick Hardie tó Jessie Hendrick Bartlett is granted.

No. 141. CARBO *v.* UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. The motion for leave to file a supplement to the petition for certiorari is granted. *Williám B. Beirne, A. L. Wirin* and *Fred Okrand* on the motion.